**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 5,999,899.6984 TETHER (USDT); 67,111.4719 NEAR; 156,131.5034 MANA; 10,533.6629 JTO; 83,557.7874 LRC; 1,576.2027 ETHW; 158,266.0908 FIL; AND 32.2364 OKB, FROM AN ADDRESS IDENTIFIED BY 0X615E3A1A5CF65F87887C064A73C87B2A843E7550, CREATED BY HUAJIE YU AT OKX CRYPTOCURRENCY EXCHANGE;

First Named Defendant Property,

APPROXIMATELY 8,000,000.0277 TETHER (USDT) FROM AN UNHOSTED ADDRESS IDENTIFIED BY 0X623D5A267930D1173400B9695BA5E1AD255EA17C;

Second Named Defendant Property.

CASE NO.: 3:26-cv-00085-TES

**ORDER ON AWKO CLAIMANTS' MOTION TO SEAL CLAIMANT'S VERIFIED CLAIMS**

Upon consideration of the AWKO Claimants' Motion to Seal Claimants' Verified Claims, and for good cause shown, the Court finds that Claimants' verified claim forms contain sensitive personal identifying and financial information; that public disclosure of Claimants' identities and personal information would materially impair legitimate privacy interests and create a risk of renewed victimization; that the United States possesses Claimants' unredacted identities and claim information; and that the relief granted below is narrowly tailored to protect Claimants while preserving public access to the substance of their claims.

Accordingly, it is ORDERED as follows:

1. Claimants' Motion to Seal Claimants' Verified Claims is GRANTED.

2. Claimants may file under seal their unredacted verified claim forms containing their full names, addresses, Social Security numbers, contact information, and other sensitive personally identifying information.

3. The unredacted verified claim forms shall remain under seal until further order of the Court.

4. Claimants have filed on the public docket redacted versions of the verified claim forms that omit Claimants' full names and other sensitive personally identifying information. Claimants may identify themselves in the public filings by initials or pseudonyms. The public versions shall redact Claimants' full names, addresses, Social Security numbers, contact information, and other sensitive personally identifying information, but shall otherwise remain publicly available to the extent practicable.

5. Claimants may identify themselves by initials or pseudonyms in the public versions of their verified claim forms and in other publicly filed documents in this action, unless otherwise ordered by the Court.

6. Claimants shall provide their full identities and unredacted information to the United States and, when required, to the Court under seal.

7. Nothing in this Order limits the United States' ability to seek access to, evaluate, or respond to the unredacted verified claims, nor does it preclude any party from later moving to modify the sealing or pseudonym protections upon a showing of good cause.

**IT IS SO ORDERED.**

This 7th day of October, 2026.

s/Tilman E. Self, III
**UNITED STATES DISTRICT JUDGE**